895 F.2d 1230
 Bob GEARY; Robert Silvestri; Dennis Mark; Melissa
Gundrun; Wayne Johnson; David Soule; Max Woods; Peter
Johnson; Robert Gebert; Election Action; Terence
Faulkner; and Sudi Trippet, Plaintiffs-Appellees,
v.
Louise RENNE, San Francisco City Attorney; Dianne
Feinstein, San Francisco Mayor; Board of Supervisors, City
and County of San Francisco; City and County of San
Francisco, and Jay Patterson, San Francisco Registrar of
Voters, Defendants-Appellants.
 No. 88-2875.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 6, 1990.
 
 Prior report: 880 F.2d 1062
 Before GOODWIN, Chief Judge, and BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ and RYMER, Circuit Judges.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.